In the Matter of Supplementary Proceedings: CROSSMAN COMPANY, Respondent, v. FLORENCE H. RAUCH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Final Accounting of JAMES NUGENT, as Executor, etc., of JOSEPH FOX, Deceased, Committee of the Person and Property of HELEN G. FOX, an Incompetent Person.— The motion by the special guardian of the incompetent for leave to make disbursements in preparing the record on appeal and brief is denied. This motion should have been made at Special Term. The court will receive a typewritten amended notice of appeal and consider it as a part of the record though not printed therewith. It will not be necessary to remit to the Special Term. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.